UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAMES W. REITZIG,

        Plaintiff,

-against-

FIDELITY NATIONAL PROPERTY
AND CASUALTY COMPANY,

        Defendant.
---------------------------------------------------------------X

ORDER

CV 14-1596

(Wexler, J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG -7 2014 ★
LONG ISLAND OFFICE

WEXLER, District Judge:

This action was filed on March 10, 2014 and on March 12, 2014 was designated a Hurricane Sandy Case in accordance with Eastern District Administrative Order No. 14-03 and was made a member case of 14-mc-41. By Report and Recommendation ("R&R") of June 5, 2014 (docket entry 23) and Amended Report and Recommendation ("Amended R&R) of June 16, 2014 (docket entry 26), Magistrate Judges Cheryl L. Pollak, Gary R. Brown and Ramon E. Reyes, Jr. recommended that in certain specified cases, including this one, the Court dismiss state law claims and claims for damages that are not available under New York law. The R&R and the Amended R&R make clear that any objections thereto were required to be filed with the Clerk of the Court within fourteen days of receipt. To date, no objections to the R&R have been filed, and the R&R is therefore adopted. Accordingly, Plaintiff's claims under state law and claims for damages that are not available under New York law are hereby dismissed.

SO ORDERED.

/s/ LEONARD D. WEXLER
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       August 7, 2014

7